## ANDREWS *v.* THE STATE.

FISH, P. J.    There being no complaint that any error of law was committed during the trial, and the evidence, while circumstantial, being sufficient to support the verdict, the judgment overruling the motion for a new trial is affirmed.                      *Judgment affirmed.    All the Justices concur.*

Submitted June 20,—Decided July 12, 1904.

Indictment for simple larceny.    Before Judge Parker.    Glynn superior court.    April 22, 1904.

*Frank H. Harris* and *Woodford Mabry*, for plaintiff in error.
*John W. Bennett, solicitor-general*, and *J. R. Thomas*, contra.